IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DORIS DENTON                                                                        PLAINTIFF

v.                                                               CASE NO. 1:21-cv-374-TBM-RPM

UNITED STATES OF AMERICA, *et al*.                              DEFENDANTS

**ORDER**

Having considered the parties' Joint Motion [13] to Withdraw, the Court finds that the motion is well taken, supports judicial economy, and preserves judicial resources. The Court, therefore, ORDERS as follows:

1. Defendants Armed Forces Retirement Home and Department of Veterans Affairs shall be dismissed from this action as it is uncontested that they are not proper parties to a Federal Tort Claims Act action;

2. Defendants' motion [8] to dismiss is denied as moot; and

3. Defendant United States of America has 60 days from the date of the entry of this Order to answer or otherwise respond to the complaint.

The Court DIRECTS the Clerk of Court to update the style of the case consistent with the above.

SO ORDERED AND ADJUDGED this the 8th day of July, 2022.

                                                             UNITED STATES DISTRICT JUDGE